# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147261(84)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant/Cross-Appellee,

v

SC: 147261
COA: 307028
Calhoun CC: 2011-001705-FC

LEVON LEE BYNUM,
      Defendant-Appellee/Cross-Appellant.

_____/

      On order of the Court, the motion to strike plaintiff-appellant's reply brief is considered and, in lieu of granting the motion, it is accepted for filing as defendant-appellee's response to the reply brief.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2014

s0402

Clerk